within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1130. IN RE DISBARMENT OF BANDY. It is ordered that James R. Bandy, of River Rouge, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $4,208.44 for the period January 1 through March 31, 1992, to be paid equally by the parties. [For earlier order herein, see, e. g., 502 U. S. 1087.]

No. 91–794. HARPER ET AL. v. VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va. The order granting certiorari entered on May 18, 1992 [ante, p. 907], is amended to read as follows: Certiorari granted limited to Question 1 presented by the petition.

No. 91–1862. GANTT ET AL. v. SKELOS ET AL. Appeal from D. C. E. D. N. Y. Motion of appellants to expedite consideration of appeal denied.

No. 91–7925. YAGOW v. MUSICH ET AL. Sup. Ct. N. D. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 22, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed in forma pauperis.

No. 91–7926. IN RE THOMAS. Petition for writ of mandamus denied.